IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN BRADLEY, | ) | 8:10CV425 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOSEPH F. BATAILLON, LYLE E. | ) | |
| STORM, LAURIE SMITH CAMP, | ) | |
| RICHARD G. KOPF, and DISTRICT | ) | |
| COURT CLERKS, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on its own motion. The court has examined the record in this matter, including the Complaint. (Filing No. 1.) The undersigned Judge has been named as a Defendant in this matter. (*Id*.) Federal law states that a judge "shall disqualify himself" when he is a party to the proceeding. 28 U.S.C. § 455(b)(5)(i). Accordingly, the undersigned judge disqualifies himself and reassigns this matter to Senior Judge Warren K. Urbom.

IT IS THEREFORE ORDERED that:

1. The Clerk of the court is directed to reassign this matter from Chief United States District Judge Joseph F. Bataillon to Senior Judge Warren K. Urbom.

2. This matter remains assigned to the pro se docket.

DATED this 15th day of November, 2010.

BY THE COURT:

s/ Joseph F. Bataillon

Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.