IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JUAN BRADLEY, | ) | 8:10CV425 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| JOSEPH F. BATAILLON, LYLE E. STORM, LAURIE SMITH CAMP, RICHARD G. KOPF, and DISTRICT COURT CLERKS, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion for Leave to Proceed In Forma Pauperis ("IFP"). (Filing No. 2.) As set forth in the Prison Litigation Reform Act, a prisoner cannot:

> [B]ring a civil action . . . or proceeding [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action . . . in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted.

28 U.S.C. §1915(g).

The following four cases brought by the plaintiff, Juan Bradley, were dismissed as frivolous:

- *Bradley v. Urbom,* No. 8:92CV54 (D. Neb.), dismissed as frivolous on March 10, 1992.

- *Bradley v. The Senate*, No. 8:92CV96 (D. Neb.), dismissed as frivolous on May 7, 1992.

- *Bradley v. U.S. District Court*, No. 8:92CV127 (D. Neb.), dismissed as frivolous on March 13, 1992.

- *Bradley v. Urbom*, No. 8:92CV188 (D. Neb.), dismissed as frivolous on April 13, 1992.

Accordingly, Juan Bradley has until December 15, 2010, to show cause why this matter should not be dismissed pursuant to 28 U.S.C. §1915(g). Alternatively, Juan Bradley may pay the full $350.00 filing fee no later than December 15, 2010. In the absence of good cause shown or the payment of the full filing fee, Juan Bradley's Complaint and this matter will be dismissed without further notice.

IT IS THEREFORE ORDERED that:

1. Juan Bradley's Motion for Leave to Proceed In Forma Pauperis (filing no. 2) is denied. Juan Bradley has until December 15, 2010, to either show cause why this case should not be dismissed pursuant to 28 U.S.C. §1915(g) or pay the full $350.00 filing fee. In the absence of either action by Mr. Bradley, this matter will be dismissed without further notice.

2. the clerk of the court is directed to set a pro se case management deadline in this matter with the following text: December 15, 2010: Deadline for the plaintiff to show cause or pay full filing fee.

Dated November 16, 2010.

    BY THE COURT

    s/ Warren K. Urbom
    United States Senior District Judge